IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 17 2025

JEFFREY P. COLWELL
CLERK

Civil Action No. _____
(To be supplied by the court)

Dashay Kennyada Collins, Plaintiff

v.

Telivison network,

Dish network,

_____,

_____, Defendant(s).

**Jury Trial requested:**
(please check one)
_X_ Yes ___ No

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

## PRISONER COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A.  PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Dashay Kennyada Collins PO box 3 (SCCF) pueblo, CO 81003
(Name, prisoner identification number, and complete mailing address)

~~Denver 3~~ Baby apollo
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

____ Pretrial detainee
____ Civilly committed detainee
____ Immigration detainee
__X__ Convicted and sentenced state prisoner
____ Convicted and sentenced federal prisoner
____ Other: (*Please explain*) _____

## B.  DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Owner
(Name, job title, and complete mailing address)

30 Rockefeller Place newyork, NY 10112

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes _X_ No (*check one*). Briefly explain:

_____

_____

Defendant 1 is being sued in (his)/her ___ individual and/or ___ (official capacity.)

2

Defendant 2: __Supervisor__
(Name, job title, and complete mailing address)

__30 Rockefeller Place new york, NY 10112__

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes _X_ No (*check one*). Briefly explain:

_____

_____

Defendant 2 is being sued in (his)/her ___ individual and/or ___ (official capacity).

Defendant 3: __Supervisor__
(Name, job title, and complete mailing address)

__meridian Blvd 9616 S Englewood, CO 80112__

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes _X_ No (*check one*). Briefly explain:

_____

_____

Defendant 3 is being sued in his/her ___ individual and/or ___ (official capacity).

**C.   JURISDICTION**

*Indicate the federal legal basis for your claim(s): (check all that apply)*

____   State/Local Official (42 U.S.C. § 1983)

_✓_   Federal Official
   As to the federal official, are you seeking:
   ___ Money damages pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971)
   _✓_ Declaratory/Injunctive relief pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1361, or 28 U.S.C. § 2201

_✓_   Other: (*please identify*) _____

3

**D.   STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Bill of Rights Broken and Envassion of privacy

Claim one is asserted against these Defendant(s): Televison network and Dish network

Supporting facts: Televison network and Dish net review clips on 9-30-2024 and Dec-1-2025 to present day. Discrimination, Breaking of Freedom of information act, all channels including commserails. Envasion of privacy. Treats to me, persons and family. Cruel and unshall punishment, Bill of Rights are broken. Lip Reader and handicap assistance's need Due to televison. For example you have to watch the mouth of people speaking like there. Lip sweing Due to Malle and facial Recomston. Passive. There tates lead to terriosm and terriosm. Sending treats to me, my family and to burn down my house. also I don't feel safe because television stations. They brought up events family members and my past as a youth, without consent. Please check all TV channels that deal with televison network and that Dish network Disprelly. For example TV channels like, FOX, ESPN, TNT, NBC, TBS, USA, Discovery, CBS, FYI, ABC, Rootsport, FX, netcio, History, A&E, FX'm cartoonnetwork, Amc and CNN. If I missed any channel please include them, univison included. They keep releasing information thats personal without consent. Fox news within the period of time that I put a date. Said Larry B Hoover and my Daughter Got hurt. They won't stop Disrimineating and being rascets. Beauine to stall with me.

4

E. **PREVIOUS LAWSUITS**

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ✓ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):  _____

Docket number and court:  _____

Claims raised:  _____

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?)  _____

Reasons for dismissal, if dismissed:  _____

Result on appeal, if appealed:  _____

F. **ADMINISTRATIVE REMEDIES**

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

✓ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

✓ Yes ___ No (*check one*)

(E) previous lawsuit
arapahoe county, mattew chance
federal bureu investagation shay m
wilson Laura shay whitaker
Dean williams

Docket number and court
1.) 1:24-cv-02094
1) 1:24-cv-02094-RTG
United States District Court
Alfred A. Arraj Courthouse
901-19th st Room A105
Denver, co 80294-3589

Claim Raised: two court date
Bill of Rights Gang stalking

Disposition: case still pending

## G.   REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."* All people whom had something to do with the vison projected and or AI fired. television network and Dish network to stop projecting things sneakfully by lip syncing or mumbling, Please watch the lips. I would like to live in federal protective housing or Elumineate problems.

To stop Envasion of privacy talking about where who what when why, giving information without consent. Finical compensation Due to effects to my mental health and physical health. Up to 500 million.

To stop being terriosed and passivly terriosed.

## H.   PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*Dashell Collins*
(Plaintiff's signature)

4-11-2024
(Date)

(Revised November 2022)

